UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. |
| NICHOLAS BURTON REIMLER, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Ricardo Dixon, Special Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 *s/Ricardo Dixon*
RICARDO DIXON, #70026MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200